John D. STRASSINI, Plaintiff–
Appellant,

and

Jorge Palacio, Plaintiff,

v.

UNITED STATES of America; Bureau
of Prisons, Defendants–Appellees.

No. 00–7509.

United States Court of Appeals,
Fourth Circuit.

Submitted April 6, 2001.

Decided April 20, 2001.

John D. Strassini, pro se.

Before WILKINS, NIEMEYER, and
MICHAEL, Circuit Judges.

PER CURIAM.

John D. Strassini appeals the district court's order construing his claim as one for habeas relief under 28 U.S.C.A. § 2255 (West Supp.2000) and dismissing for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Strassini*, No. CA–00–547–5–H (E.D.N.C. Oct. 3, 2000). We grant Strassini's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*